# United States Court of Appeals
*For The Eighth Circuit*
Thomas F. Eagleton U.S. Courthouse
111 South 10th Street, Room 24.329
**St. Louis, Missouri 63102**

**Stephanie N. O'Banion**
*Acting Clerk of Court*

VOICE (314) 244-2400
FAX (314) 244-2780
www.ca8.uscourts.gov

**TO:** Jeffrey B. Wall

**cc:** Alizeh Ahmad
Rosa L. Baum
Matthew A. Brill
Jeremy Joseph Broggi
Edward G. Caspar
Sarah Citrin
Stephen E. Coran
P. Michele Ellison
Merrick B. Garland
Boyd Garriott
Zoe A. Jacoby
Thomas M. Johnson Jr.
Jeffrey Alan Lamken
Jacob Matthew Lewis
Roman Martinez
David B. Meschke
Robert Nicholson
Michael H. Pryor
Morgan L. Ratner
William Scher
Andrew Jay Schwartzman
Michael J. Showalter
Gerard Sinzdak
Adam Sorensen
Blake E. Stafford
Thomas Scott Thompson
William Turner
Connie Lu Wang
Robert J. Wiggers

**FROM:** Clifford R. Jackson

**DATE:** April 23, 2024

**RE:** 24-1179 Minnesota Telecom Alliance v. FCC, et al
24-1183 MCTA v. FCC, et al
24-1301 Ohio Telecom Association v. FCC, et al
24-1304 Ohio Cable Telecommunications Assoc. v. FCC, et al
24-1309 Florida Internet & Television Assoc. v. FCC, et al
24-1315 Broadband Assoc. of AL and MS v. FCC, et al
24-1354 Chamber of Commerce, et al v. FCC, et al
24-1362 Texas Cable Association v. FCC, et al

24-1364  Texas Telephone Association v. FCC, et al
24-1376  NCTA, et al v. FCC, et al
24-1378  USTelecom, et al v. FCC, et al
24-1411  Wireless Infrastructure Assoc., et al v. FCC, et al
24-1444  WISPA v. FCC, et al
24-1509  Nat'l Multifamily Housing Council v. FCC, et al

Your brief in the above-case has been received. In reviewing the brief for filing, we noted the deficiencies shown below. Your brief cannot be filed until the defects are corrected. Please correct these defects within five days and resubmit the brief electronically for final review and processing. See 8th Cir. R. 28A(b). If the resubmitted brief passes review, you will receive a Notice of Docket Activity informing you that the brief has been filed. Upon receipt of this notice, you have five days to submit the paper copies of the brief and addendum required by 8th Cir. R. 28A(d) and (g)(4). Please contact us if you have any questions.

__X__  JURISDICTIONAL STATEMENT IS MISSING OR **INCOMPLETE**. See FRAP 28(a)(4)(A)-(D).

  __x__ filing dates establishing timelines; Please provide the dates the petitions for review were filed.

__X__  STATEMENT OF ISSUES IS MISSING OR **INCOMPLETE**. See 8th Cir. R. 28A(i)(2).
  __x__ most apposite cases not listed; **See issue #3**. If there are no apposite cases, please state "there are no apposite cases."

__X__  CERTIFICATE OF COMPLIANCE is missing or does not comply with FRAP 32(a)(7)(B). Please provide the name/version of the word processing software used.

__X__  REFERENCES TO THE RECORD. **See 8th Cir. R. 28A(j)**
  __x__ Please use **"App.___"** when referencing the joint appendix.

Again, your brief cannot be filed until you correct these defects. Failure to correct them may result in the issuance of an order to show cause why the appeal should not be dismissed (for appellant's opening brief) or why you should not be barred from filing the brief (for briefs other than appellant's opening brief). Thank you for your prompt attention to this matter. If you have any questions, please feel free to contact us.